# THE LAW OFFICES
## —— OF ——
# MARK SILVERMAN

Mark D. Silverman, Esq.^

**Admitted**
U.S. District Court EDNY^
U.S. District Court SDNY^

33 GUY LOMBARDO AVENUE
FREEPORT, NY 11520
(516) 379-5200
Fax (516) 771-9650

E-Mail EMPIRESTATELAW@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

January 17, 2008

**VIA FACSIMILE 212-805-7906**

Honorable Denny Chin
500 Pearl Street
New York, New York 10007

Re:   **United States of America v. Keith Quagliarello**
      **07 cr. 855 (DC)**

Dear Honorable Chin:

As I am sure you are aware, this firm represents Keith Quagliarello relative to the above referenced matter. This case appears on your calender on January 18, 2008 at 2:00 p.m.

Based upon conversations with Assistant US Attorney Jonathan Streeter I believe that there may be a Pre-Trial disposition of this matter. As such I have not made motions as of yet as same may be unnecessary.

In light of the aforementioned I request that the appearance scheduled for tomorrow be adjourned until February 20, 2008 at 4:30 p.m. This application is made with the consent of AUSA Streeter.

I consent to the exclusion of time between today and the proposed adjourned date.

Thank you for your courtesies and cooperation.

Very truly yours,

MARK SILVERMAN

MS:def

cc:   Assistant United States Attorney
      Jonathan R. Streeter
      Via Facsimile 212-637-0083

*Adjourned to 2/19/08 at noon. The time until then is excluded, in the interest of justice + in light of the parties' discussions. SO ORDERED.*

*1/17/08*