UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-                           :                    **ORDER**
:
:
:
KEITH QUAGLIARELLO                  :            07 cr 855 (DC)
:                Docket #
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

DENNY CHIN_____, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

___JULIE A. CLARK_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC ___2/19/08_____.


                                  SO ORDERED.

                                  _____
                                  UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
          2/19/08