UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEITH QUAGLIARELLO, )<br>)<br>Defendant. ) | Electronic Filing<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**07 CR 855 (DC)** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                             Respectfully submitted,

                                             MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York


                                         By:  /s/   Rebecca A. Rohr
                                             Rebecca A. Rohr
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             One St. Andrew's Plaza
                                             New York, NY 10007
                                             Tel.: (212) 637-2531
                                             Fax: (212) 637-2527
                                             E-mail: rebecca.rohr@usdoj.gov


CC:   Counsel of Record (via ECF)