# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    v.                                 :     ORDER

KEITH QUAGLIARELLO,                  :     07 Cr. 855 (DC)

           Defendant.            :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

DENNY CHIN, District Judge:

       Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca A. Rohr, and with the consent of the defendant, KEITH QUAGLIARELLO, by and through his counsel, Julie Clark, Esq., it is hereby ORDERED that the time between May 13, 2008, and the date of the next proceeding scheduled in this matter, May 15, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to continue discussing a potential disposition of the case.

       SO ORDERED.

Dated:   New York, New York
           5/12, 2008

                                        HON. DENNY CHIN
                                        United States District Judge